IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY ADDINGTON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 17-444 |
| ) | Judge Nora Barry Fischer |
| v. ) | Chief Magistrate Judge Maureen P. Kelly |
| ) | |
| SENIOR VICE PRESIDENT-HUMAN ) | |
| RESOURCES, CONSOL ENERGY, ) | |
| INCORPORATED *as Plan Administrator of* ) | |
| *the Consol Energy, Inc. Flexible Benefits* ) | |
| *Program Long Term Disability Plan*, ) | |
| LIBERTY LIFE ASSURANCE COMPANY ) | |
| OF BOSTON and AMANDA ) | |
| PIPENBACHER *also known as Amanda* ) | |
| *Quinto*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this **13th** day of December, 2017, after Plaintiff Gregory Addington ("Plaintiff") filed an action in the above-captioned case, and after a Motion to Dismiss was filed by Defendants Liberty Life Assurance Company of Boston and Amanda Pipenbacher, ECF No. 14, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge, ECF No. 26, and no Objections thereto having by filed by Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss, ECF No. 14, is GRANTED. The claims against Defendant Amanda Pipenbacher are dismissed with prejudice and the state law claim against Defendant Liberty Life Assurance Company of Boston in Count II is dismissed with prejudice.

IT IS FURTHER ORDERED that Defendant Amanda Pipenbacher is terminated from the case.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order, a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

BY THE COURT:

*Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc: The Honorable Maureen P. Kelly, Chief United States Magistrate Judge

Counsel of record via CM-ECF