# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY ADDINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-444 |
| | ) | District Judge Marilyn J. Horan |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| SENIOR VICE PRESIDENT-HUMAN RESOURCES, CONSOL ENERGY, INCORPORATED *as Plan Administrator of the Consol Energy, Inc. Flexible Benefits Program Long Term Disability Plan*, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and AMANDA PIPENBACHER *also known as Amanda Quinto*, | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 29th day of July, 2019, after Plaintiff Gregory Addington ("Plaintiff") filed a Complaint in the above-captioned matter, and after Motions for Summary Judgment were filed by Defendants Senior Vice President – Human Resources, Consol Energy, Incorporated and Liberty Life Assurance Company of Boston (collectively, "Defendants"), ECF No. 59, and by Plaintiff, ECF No. 62, and after a Report and Recommendation was filed by the United States Magistrate Judge Maureen P. Kelly giving the parties until March 29, 2019 to file written objections thereto, ECF No. 71, and upon consideration of the Objections filed by Plaintiff, ECF No. 72, and the response to the Objections filed by Defendants, ECF No. 73, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment, ECF No. 62, is DENIED.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment, ECF No. 59, is GRANTED. Judgment is entered in favor of Defendants and against Plaintiff.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order, a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

BY THE COURT:

Marilyn J. Horan
United States District Judge

cc: The Honorable Maureen P. Kelly, United States Magistrate Judge

Counsel of record via CM-ECF